**Order entered November 6, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01197-CR

**EDWARD LERON SATCHELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F12-24811-X**

## ORDER

On September 28, 2015, this Court issued an order in the above case abating the appeal and directing the trial court to enter an order stating its conclusion as to whether or not appellant's statement was voluntarily made, together with the specific findings of facts on which that conclusion was based, and to file a supplemental clerk's record containing the trial court's findings. The Court has received the supplemental clerk's record. The Court hereby **REINSTATES** the appeal.

/s/    DAVID L. BRIDGES
         JUSTICE